

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 10, 2025

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Sun v. Almodovar, et al.*, No. 25 Civ. 9262 (PKC)

Dear Judge Castel:

      I write respectfully on behalf of all parties to this immigration habeas matter, who have conferred, to request: (1) a brief adjournment of the hearing that the Court recently scheduled in this matter for November 18, 2025; and (2) an adjustment of the briefing schedule that the Court entered with respect to Petitioner's application for habeas relief.  *See* Dkt. No. 3 (the "November 6 Scheduling Order").

      As Petitioner's counsel recently informed the Court, *see* Dkt. No. 4, he has an unavoidable scheduling conflict with another court appearance also scheduled for November 18, 2025.  Counsel for the parties have conferred and jointly request that the November 18 hearing be rescheduled due to this conflict, and note further that all counsel are presently available anytime on November 20, 2025.

      Since being served with the November 6 Scheduling Order, Respondents' counsel has begun to gather the relevant information from the agency and to prepare their response to the habeas petition.  However, Respondents' counsel needs some additional time to work with the agency to prepare and finalize their papers, particularly given the Veteran's Day holiday tomorrow.  With Petitioner's consent, Respondents respectfully request an extension of time from close of business on November 12, 2025, until close of business on November 14, 2025, to file their response to the petition.  Should the Court grant this extension, the parties also request that Petitioner be granted a corresponding extension until close of business on November 18, 2025, to file his reply.  These are the parties' first requests for extensions of these deadlines.

      Last, the parties wish to inform the Court that Petitioner is currently being housed in the Delaney Hall Detention Facility located in Newark, New Jersey.  Petitioner was transported from 26 Federal Plaza to Delaney Hall, in the ordinary course, before the Court issued the November 6 Scheduling Order, which instructed that Petitioner not be removed "from this District."  *See* Dkt. No. 3.  There is presently no dispute among the parties with respect to Petitioner's housing in Delaney Hall.

      We thank the Court for its consideration of this request.

        Respectfully,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By:    *// Rebecca S. Tinio*
        REBECCA S. TINIO
        Assistant United States Attorney
        Tel.:  (212) 637-2774
        Email:  Rebecca.Tinio@usdoj.gov

cc:    All counsel of record (by ECF)

Respondent's time to respond to petition extended to November 14, 2025. Petitioner's time to reply extended to November 18, 2025. The subject matter jurisdiction of this Court is non-waivable. Please address the implications of the petitioner's transfer on the Court's subject matter jurisdiction in your submissions. Hearing adjourned from November 18, 2025 to November 20, 2025 at 11:30 a.m. in Courtroom 11D.
SO ORDERED
Dated: 11/12/2025

        *[signature]*
        P. Kevin Castel
        United States District Judge

2