UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENBIN SUN,

                             Petitioner,                   25 **CIVIL** 9262 (PKC)

     -against-                                        **JUDGMENT**

JUDITH ALMODOVAR, in her capacity as
Field Office Director of Enforcement and
Removal Operations, New York City,
Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of
Homeland Security, PAMELA BONDI,
in her official capacity as Attorney General
of the United States, and EXECUTIVE OFFICE
OF IMMIGRATION REVIEW,

                             Respondents.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 20, 2025, the petition is GRANTED. Respondents are ORDERED to cause an individualized bond hearing to be conducted before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) for petitioner Enbin Sun within six (6) business days of this Order. If no hearing is held within the designated time period, respondents shall immediately release the petitioner; accordingly, the case is closed.

**DATED:**  New York, New York
              November 24, 2025

                                                        **TAMMI M. HELLWIG**
                                                             Clerk of Court

                                  **BY:**
                                                               **Deputy Clerk**